

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00446-CV

Maria **BENAVIDES**,
Appellant

v.

**WILMINGTON TRUST**, National Association, as Trustee of MFRA Trust 2014-2,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV00782
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant Maria Benavides filed a notice of appeal which indicates she is appealing the trial court's order vacating its previous order staying writ of possession. "[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The order Benavides attempts to appeal is not a final judgment and is not one of those appealable interlocutory orders listed in section 51.014 of the Texas Civil Practice and Remedies Code. *See Ramey v. Bank of N.Y.*, No. 14-11-00992-CV, 2012 WL 1048648, at *1 (Tex. App.—Houston [14th Dist.] Mar. 27, 2012, no pet.) (mem. op.) (concluding the court did not have jurisdiction over an attempted appeal from an order denying a motion to stay writ of possession); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Thus, it appears that we lack jurisdiction to entertain this appeal. We, therefore, ORDER appellant to show cause on or before **December 15, 2021**, why this appeal should not be dismissed for lack of jurisdiction.

All appellate deadlines are suspended pending further order from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court